**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>LHOIST NORTH AMERICA OF ALABAMA LLC,<br><br>Defendant. | Adv. Proc. No. 21-50213 (KBO)<br><br>**Ref. Adv. Docket No. 8** |

**ORDER APPROVING THIRD STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANT TO ANSWER, MOVE OR OTHERWISE
RESPOND TO THE COMPLAINT**

Upon consideration of the *Third Stipulation for Further Extension of Time for the Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: May 25th, 2021
Wilmington, Delaware**

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:233960.2 57095/002