# EXHIBIT 1 TO ORDER

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>LHOIST NORTH AMERICA OF ALABAMA LLC,<br><br>Defendant. | Adv. Proc. No. 21-50213 (KBO) |

## THIRD STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Lhoist North America of Alabama LLC (the "**Defendant**," and together with Plaintiff, the "Parties"), enter into this *Third Stipulation for Further Extension of Time for the Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

1.     The Parties agree and stipulate that the time within which the Defendant may

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

answer, move, or otherwise plead in response to the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including June 25, 2021.

2.      Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

Dated:  May 25, 2021                          PACHULSKI STANG ZIEHL & JONES LLP

                                              */s/  Peter J. Keane*
                                              Bradford J. Sandler (DE Bar No. 4142)
                                              Andrew W. Caine (CA Bar No. 110345)
                                              Peter J. Keane (DE Bar No. 5503)
                                              919 North Market Street, 17th Floor
                                              P.O. Box 8705
                                              Wilmington, Delaware 19899-8705 (Courier 19801)
                                              Telephone: (302) 652-4100
                                              Facsimile:  (302) 652-4400
                                              Email:    bsandler@pszjlaw.com
                                                        acaine@pszjlaw.com
                                                        pkeane@pszjlaw.com

                                              *Counsel to Plaintiff*

                                              and

                                              KELLY HART & HALLMAN LLP

                                              */s/ Nancy Ribaudo*
                                              Nancy Ribaudo
                                              Katherine T. Hopkins
                                              201 Main Street, Suite 2500
                                              Fort Worth, Texas 76102
                                              Tel: (817) 878-9377
                                              Fax: (817) 878-9280
                                              Email:nancy.ribaudo@kellyhart.com
                                              katherine.hopkins@kellyhart.com

                                              *Counsel to Defendant*